# Order

August 12, 2016

154117-9(104)(105)

AFT MICHIGAN *et al.*,
        Plaintiffs-Appellees,

v

STATE OF MICHIGAN,
        Defendant-Appellant.

_____

TIMOTHY L. JOHNSON, JANET HESLET,
RICKY A. MACK and DENISE ZIEJA,
        Plaintiffs-Appellees,

v

PUBLIC SCHOOL EMPLOYEES
RETIREMENT SYSTEM, PUBLIC SCHOOL
EMPLOYEES RETIREMENT SYSTEM
BOARD, TRUST FOR PUBLIC EMPLOYEE
RETIREMENT HEALTH CARE and
DEPARTMENT OF TECHNOLOGY,
MANAGEMENT, AND BUDGET,
        Defendants-Appellants,
and

DIRECTOR OF DEPARTMENT OF
TECHNOLOGY MANAGEMENT AND
BUDGET, DIRECTOR OF RETIREMENT
SERVICES OFFICE and STATE
TREASURER,
        Defendants.

_____

DEBORAH MCMILLAN, THOMAS
BRENNER, THERESA DUDLEY,
KATHERINE DANIELS and COREY
CRAMB,
        Plaintiffs-Appellees,

v

PUBLIC SCHOOL EMPLOYEES

**Michigan Supreme Court**
**Lansing, Michigan**

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

SC: 154117
COA: 303702
Ct of Claims: 10-000091-MM

SC: 154118
COA 303704
Ct of Claims: 10-000047-MM

SC: 154119
COA: 303706
Ct of Claims: 10-000045-MM

RETIREMENT SYSTEM, PUBLIC SCHOOL
EMPLOYEES RETIREMENT SYSTEM
BOARD, TRUST FOR PUBLIC EMPLOYEE
RETIREMENT HEALTH CARE and
DEPARTMENT OF TECHNOLOGY
MANAGEMENT, AND BUDGET,

      Defendants-Appellants,

and

DIRECTOR OF DEPARTMENT OF
TECHNOLOGY MANAGEMENT AND
BUDGET, DIRECTOR OF RETIREMENT
SERVICES OFFICE and STATE
TREASURER,

      Defendants.
_____/

      On order of the Chief Justice, the joint motions of plaintiffs-appellees in MSC Nos. 154118 and 154119 for immediate consideration and to extend the time for filing their answers to the applications for leave to appeal are GRANTED. The answers will be accepted as timely filed if submitted on or before August 31, 2016.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.



      August 12, 2016                                    Clerk